Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
CHRISTOPHER MAYN GILLESPIE

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER MAYN GILLESPIE,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:17-cv-00645-EJD<br><br>CORRECTED<br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CHRISTOPHER MAYN GILLESPIE, and Defendants, MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CHRISTOPHER MAYN GILLESPIE, against all Defendants in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party will bear his or its own attorneys' fees and costs.

CONSUMER LAW CENTER, INC.

Dated: June 27, 2017

By: *s/* Fred W. Schwinn
    Fred W. Schwinn (SBN 225575)
    Raeon R. Roulston (SBN 255622)
    Matthew C. Salmonsen (SBN 302854)

    Attorneys for Plaintiff
    CHRISTOPHER MAYN GILLESPIE

SOLOMON WARD SEIDENWURM & SMITH, LLP

Dated: June 27, 2017

By: *s/* Thomas F. Landers
    Thomas F. Landers (SBN 207335)
    Leah S. Strickland (SBN 265724)

    Attorneys for Defendants
    MIDLAND CREDIT MANAGEMENT, INC. and
    MIDLAND FUNDING, LLC

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

The Clerk shall close this file.

Dated: June 28, 2017

*[signature]*
The Honorable Edward J. Davila
Judge of the District Court